# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANISLAV DORIC and KONSTANTIN BLOKHINTSEV, individually and on behalf of others similarly situated, <br><br> *Plaintiffs,* <br><br> -against- <br><br> AAG CREPE HOUSE INC. (d/b/a XO CREPERIE), IGOR KORSUNSKY, and YELENA KORSUNSKY, <br><br> *Defendants.* | Case No. 15-cv-2990-CM <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action by any party are hereby, dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Dated:  July 13, 2017
  New York, New York

_____
Marisol Santos, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd St. Suite 2540
New York, NY 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Email: msantos@faillacelaw.com

_____
Eric Su, Esq.
Ford & Harrison LLP
60 East 42nd Street, Suite 5100
New York, NY 10017
(212) 453-5900
Fax: (212)-453-5959
Email: esu@fordharrison.com


**SO ORDERED:**

_____
Hon. Peggy Kuo
United States Magistrate Judge